UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 21-10020-CIV-MARTINEZ-BECERRA

JAY CHOI, et al.,
    Plaintiffs,

vs.

ACE AMERICAN INSURANCE COMPANY,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion to Remand, [ECF No. 9], as well as Defendant's Motion to Vacate and/or Set Aside Clerk's Default Judgment, [ECF No. 7]. Magistrate Judge Becerra filed a Report and Recommendation [ECF No. 25], recommending Plaintiffs' Motion to Remand be denied and Defendant's Motion to Vacate and/or Set Aside Clerk's Default be granted. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, [ECF No. 25], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiffs' Motion to Remand, [ECF No. 9], is **DENIED.**
2. Defendant's Motion to Vacate and/or Set Aside Clerk's Default, [ECF No. 7], is **GRANTED**. The state Clerk's entry of default is hereby set aside.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2021.

                                                     JOSE E. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record